her to forfeit future benefits. In order to prevail on an ERISA interference claim, the plaintiff must introduce, *inter alia,* evidence suggesting that interference with her ERISA rights was a motivating factor in her termination. *Clark v. Coats & Clark, Inc.,* 990 F.2d 1217, 1223–24 (11th Cir.1993). Echols has failed to introduce such evidence indicating that BellSouth terminated her with the intent to deprive her of future benefits under ERISA. Instead, the evidence indicates that she was terminated for excessive absenteeism that occurred over a period of time. Moreover, the district court did not abuse its discretion in denying Echols' motion to amend her complaint to assert the claim that Bell-South terminated her in retaliation for working half-days for two weeks. Accordingly, the grant of summary judgment in favor of BellSouth was proper.

For the foregoing reasons, the judgment of the district court is

AFFIRMED.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Marilyn De La Paz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and De La Paz's convictions and sentences are **AFFIRMED.**

UNITED STATES of America, Plaintiff–Appellee,

v.

Marilyn DE LA PAZ, a.k.a. Marilyn Martis, Defendant–Appellant.

No. 09–13117
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 7, 2010.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Marilyn Dela Paz, Coleman, FL, pro se.

UNITED STATES of America, Plaintiff–Appellee,

v.

Thomas Neal LYNN, Jr., Defendant–Appellant.

No. 08–14205
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 8, 2010.